United States District Court
Southern District of Texas
**ENTERED**
March 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOEY HARPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00369 |
| | § | |
| LINA HILDAGO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Joey Harper, proceeding *pro se*, filed a civil rights complaint. On February 7, 2022, the Clerk's Office entered a Notice of Deficient Pleading instructing Harper to pay the filing fee or file a motion for leave to proceed *in forma pauperis* accompanied by a certified statement of his inmate trust account within 30 days. Harper has not complied with the notice.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *Berry v. CIGNA/RSI–CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992). "This authority is based on the 'courts' power to manage and administer their own affairs to ensure the orderly and expeditious disposition of cases.'" *Id.* at 1190–91 (quoting *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962)).

Harper's failure to comply with the Notice of Deficient Pleading forces the court to conclude that he lacks diligence in prosecuting this action. Therefore, under the court's inherent power to manage its docket, this case is dismissed for want of prosecution. Harper is advised that he may obtain relief from this order Federal Rule of Civil Procedure 60(b) if he makes a proper

showing. Accordingly, it is ORDERED that this case is DISMISSED WITHOUT PREJUDICE for want of prosecution.

    SIGNED on March 28, 2022, at Houston, Texas.

                                                Kenneth M. Hoyt
                                                United States District Judge